**Order filed February 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00931-CV

_____

### NINA GARZA, Appellant

### V.

### MOMENTUM AUDI D/B/A AUDI CENTRAL HOUSTON, Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2015-37157**

---

## ORDER

The notice of appeal in this case was filed November 29, 2017. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On January 11, 2018, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made arrangements to pay for the clerk's record on or before February 28, 2018. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM